STEVEN C. BABCOCK
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
steven_babcock@fd.org
      Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENDAN JOHN JONES,<br><br>Defendant. | **Case No. CR-18-106-BLG-DLC**<br><br><br>**MOTION TO CHANGE PLEA** |

COMES NOW, Defendant Brendan John Jones, by and through his Counsel of record, Steven C. Babcock, Assistant Federal Defender, and the Federal Defenders of Montana, hereby moves this Court to allow him to enter a plea of guilty to the Indictment, without a written plea agreement.

1

Defendant respectfully requests that a change of plea hearing be conducted on December 10, 2018, at 9:00 a.m., if the Court's calendar permits, as he will be traveling to Billings from Miles City for a previously scheduled medical appointment that afternoon.

This motion certifies that all parties to the case have been informed of the defendant's intent to plead guilty.

RESPECTFULLY SUBMITTED this 27th day of November, 2018.

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
   Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on November 27, 2018, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ___ | Hand Delivery |
| 3 | Mail |
| ___ | Overnight Delivery Service |
| ___ | Fax |
| ___ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. ZENO B. BAUCUS
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North, Suite 3200
   Billings, MT 59101
       Counsel for the United States

3. BRENDAN JOHN JONES
       Defendant

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
    Counsel for Defendant