IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENDAN JOHN JONES,<br><br>Defendant. | CR 18–106–BLG–DLC<br><br>ORDER |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on December 10, 2018. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommended this Court accept Brendan John Jones' guilty

1

plea after Jones appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to possession of firearm not registered in National Firearms Registration and Transfer Record in violation of 26 U.S.C. § 5861(d) as charged in Counts I and II of the Indictment, and possession of a firearm not identified by serial number in violation of 26 U.S.C. § 5861(i) as charged in Counts III and IV of the Indictment.

I find no clear error in Judge Cavan's Findings and Recommendation (Doc. 23), and I adopt them in full.

Accordingly, IT IS ORDERED that Brendan John Jones' motion to change plea (Doc.17) is GRANTED and Brendan John Jones is adjudged guilty as charged in Counts I through IV of the Indictment.

DATED this 3rd day of January, 2019.

Dana L. Christensen, Chief District Judge
United States District Court